NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

**v.**

**ANALOG DEVICES, INC.,**
*Appellee*

---

2022-1597

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01336.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Xilinx, Inc. and Xilinx Asia Pacific Pte. Ltd.'s unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

2                                  XILINX, INC. v. ANALOG DEVICES, INC.

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

                                                      FOR THE COURT

November 22, 2022                         /s/ Peter R. Marksteiner
        Date                              Peter R. Marksteiner
                                          Clerk of Court


ISSUED AS A MANDATE: November 22, 2022